the Supreme Court of Wisconsin. Probable jurisdiction noted. *Harold A. Cranefield* and *Max Raskin* for appellant. *Vernon W. Thomson,* Attorney General of Wisconsin, *Stewart G. Honeck,* Deputy Attorney General, and *Beatrice Lampert,* Assistant Attorney General, for the Wisconsin Employment Relations Board, and *John F. Lane* for the Kohler Co., appellees. *J. Albert Woll, Arthur J. Goldberg* and *David E. Feller* filed a brief for the American Federation of Labor and Congress of Industrial Organizations, as *amicus curiae,* urging that probable jurisdiction be noted.

No. 570. RABIN, DOING BUSINESS AS JACK RABIN FARMS, *v.* LAKE WORTH DRAINAGE DISTRICT. Supreme Court of Florida. Certiorari denied. *William E. Miller* for petitioner. *Hal H. McCaghren* and *C. D. Blackwell* for respondent.

No. 572. TRADERS & GENERAL INSURANCE CO. *v.* CHAMP ET AL. C. A. 9th Cir. Certiorari denied. *William H. Abrams* for petitioner. *John W. Montgomery* for respondents.

No. 574. WARD *v.* THOMAS, SECRETARY OF THE NAVY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Marcus Borchardt* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Melvin Richter* and *Alan S. Rosenthal* for respondent.